IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AIR VENT, INC.,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:24-cv-02047-G |
| **POWERMAX ELECTRIC CO., LTD., GUANGDONG,** | § § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** Allison J. Maynard of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, and submits this Unopposed Motion to Withdraw as Counsel for Defendant Powermax Electric Co., Ltd. ("Powermax") and respectfully request this Court for an Order allowing such withdrawal. In support of this Motion, Ms. Maynard states as follows:

1. Powermax is currently represented by attorneys Thomas DeMicco and Jennifer Martin, of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP.

2. Good cause exists for Ms. Maynard's request to withdraw. Ms. Maynard has resigned and will soon be departing the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP.

3. The above referenced attorneys will continue to represent Powermax in all matters herein and the withdrawal of Ms. Maynard will have no impact on any deadlines or any other aspect of the case.

4. Ms. Maynard has conferred with counsel for Plaintiff who has confirmed Plaintiff is unopposed to the relief requested herein.

WEHREFORE, Allison J. Maynard respectfully request this Court for an Order allowing her withdrawal as counsel of record for Powermax.

Respectfully submitted,

*/s/ Allison J. Maynard*
**Allison J. Maynard**
State Bar No. 24055923
Allison.Maynard@wilsonelser.com
**Jennifer G. Martin**
State Bar No. 00794233
Jennifer.Martin@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Santander Tower
1601 Elm Street, Suite 2600
Dallas, Texas 75201
T: (214) 698-8000 | F: (214) 698-1101

**ATTORNEYS FOR DEFENDANT POWERMAX ELECTRIC CO., LTD.**

**CERTIFICATE OF CONFERENCE**

  This is to certify that on the 12th day of June, 2025, the undesigned conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff is unopposed.

                */s/ Allison J. Maynard*
                Allison J. Maynard

**CERTIFICATE OF SERVICE**

  This is to certify that on the18th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                */s/ Allison J. Maynard*
                Allison J. Maynard